```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 06 B 11837
   LORRIE A SADDLER
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-4754

---------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 09/20/2006 and was confirmed 12/13/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated   8.69% from remaining funds.

     The case was dismissed after confirmation 08/15/2007.
---------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
---------------------------------------------------------------------------
CAPITAL ONE AUTO FINANCE  SECURED VEHIC   18860.05         628.53        2552.12
CAPITAL ONE AUTO FINANCE  UNSECURED       NOT FILED           .00            .00
HSBC MORTGAGE SERVICES    CURRENT MORTG        .00            .00            .00
HSBC MORTGAGE SERVICES    MORTGAGE ARRE        .00            .00            .00
B-LINE LLC                UNSECURED        1291.53            .00            .00
CORTRUST BANK             UNSECURED       NOT FILED           .00            .00
DERMATOLOGIST ASSOCIATES  UNSECURED       NOT FILED           .00            .00
DIRECTV                   UNSECURED       NOT FILED           .00            .00
NATIIONAL LOUIS UNIVERSI  UNSECURED            .00            .00            .00
ECMC                      UNSECURED            .00            .00            .00
SOUTH SUBURBAN HOSPITAL   UNSECURED       NOT FILED           .00            .00
VONNETTE PINKNEY          SPECIAL CLASS   6983.25             .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED       1875.38             .00            .00
ASPIRE                    UNSECURED        343.02             .00            .00
*FELD & KORRUB            DEBTOR ATTY     2,000.00                       1,541.90
TOM VAUGHN                TRUSTEE                                          287.45
DEBTOR REFUND             REFUND                                              .00

     Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                   5,010.00

PRIORITY                                           .00
SECURED                                       2,552.12
    INTEREST                                    628.53
UNSECURED                                          .00
ADMINISTRATIVE                                1,541.90
TRUSTEE COMPENSATION                            287.45
DEBTOR REFUND                                      .00
                        ---------------   ---------------

                 PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 11837 LORRIE A SADDLER
```

| | | |
|---|---|---|
| TOTALS | 5,010.00 | 5,010.00 |

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/05/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE